[No. 5314–1. Division One. April 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKLIN WELLS OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78202, James W. Mifflin, J., entered January 3, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Ringold, JJ.

[No. 5334–1. Division One. April 27, 1978.]

THATCHER PRESS, INCORPORATED, *Respondent,* v. LINOTYPE & MACHINERY LIMITED, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 810297, David C. Hunter, J., entered January 7, 1977. *Reversed* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and Andersen, J.

[No. 5455–1. Division One. April 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDOLF ALLAN REIBMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79056, Robert M. Elston, J., entered March 1, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5472–1. Division One. April 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL McQUEEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79873, Lloyd W. Bever, J., entered March 14, 1977. *Affirmed* by unpublished per curiam opinion.